PER CURIAM:
 

 We affirm the judgment of the District Court, essentially for the reasons stated in its memorandum opinion. We add, in particular, that we conclude that 28 United States Code §§ 1471(a) and (b) were not invalidated by the
 
 Marathon
 
 decision,
 
 [1]
 
 but if they were, nevertheless, the jurisdictional grant of 28 United States Code § 1334 remains effective during the transitional period.
 

 AFFIRMED.
 

 [1]
 

 . The
 
 Northern Pipeline Construction Co. v. Marathon Pipeline
 
 Co.,-U.S.-, 102 S.Ct. 2858, 73 L.Ed.2d 598 (1982).